IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EULISIS MARTIN,

        Defendant.

**EXHIBIT LIST**

Case No.:   4:25MJ3128
Deputy:     Nicki Wenzl
Reporter:   Digital Recorder
Date:       June 23, 2025

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Handwritten notes from Eulisis Martin (found at ECF filing no. [17]) | X | | X | | 6/23/2025 |
| | X | | Sealed Addendum to Pretrial Services Report (found at ECF filing no. [16]) | X | | X | | 6/23/2025 |
| | | | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)